**EXHIBIT "A"**

IN THE NINTH JUDICIAL CIRCUIT
IN AND FOR ORANGE COUNTY, FLORIDA

DELIANA ROJAS

    Plaintiff,                              CASE NO.:

v.

GC SERVICES LIMITED PARTNERSHIP,

    Defendant.

_____/

## STATEMENT OF CLAIM
## JURY DEMAND

NOW INTO COURT, through undersigned counsel, comes DELIANA ROJAS, the Plaintiff herein, and hereby filed this Statement of Claim against GC SERVICES LIMITED PARTNERSHIP and hereby states as follows:

### PART I: INTRODUCTION

1. This is an action for damages which do not exceed $2,500.00 in any single count; it is brought by individual consumer for violations of the Federal Fair Debt Collection Practices Act, 15 U.S.C. 1692 et seq. ("FDCPA").

### JURISDICTION

2. Jurisdiction of this court arises under 15 U.S.C. §1692k(d) and 28 U.S.C., §1337; supplemental jurisdiction exists for state law claims pursuant to 28 U.S.C. §1367.

3. This action arises out of Defendant's violations of the FDCPA, and out of the invasions of Plaintiff's personal and financial privacy by this Defendant and its agents in its illegal effort to collect a consumer debt from Plaintiff.

4. Venue is proper in this County because the acts and transactions occurred in Florida where the Plaintiff resides and Defendant transacts business here.

## PARTIES

5. Plaintiff, DELIANA ROJAS, is a natural person who resides in the State of Florida, and is a "consumer" as that term is defined by 15 U.S.C. § 1692a(3).

6. Defendant, a collection agency, operates from an address of 6330 Gulfton, Houston, TX 77081. Defendant has a registered agent in the State of Florida designated to receive service of process named CT Corporation, whose address is 100 S. Pine Island Road, Plantation, FL 33324, and is a "debt collector" as that term is defined by 15 U.S.C. § 1692a(6). Defendant is also registered with the state of Florida as a "debt collector."

7. Defendant, GC SERVICES LIMITED PARTNERSHIP, regularly uses the mail and telephone in a business the principal purpose of which is the collection of debts.

8. Defendant, GC SERVICES LIMITED PARTNERSHIP, regularly collects or attempts to collect debts for other parties.

9. Defendant, GC SERVICES LIMITED PARTNERSHIP, is a "debt collector" as defined in the FDCPA.

10. Defendant, GC SERVICES LIMITED PARTNERSHIP, was acting as a debt collector with respect to the collection of Plaintiff's alleged debt.

## FACTUAL ALLEGATIONS

11. Defendant, GC SERVICES LIMITED PARTNERSHIP, is a corporation licensed to do business in the State of Florida as a registered debt collector.

12. Plaintiff incurred a financial obligation that was primarily for personal, family or household purposes and is therefore a "debt" as that term is defined by 15 U.S.C. § 1692a(5).

Upon information and belief, Defendant is attempting to collect on a consumer debt from Plaintiff, who used the credit at issue for personal purchases such as food, clothing, gasoline, travel, etc.

13. Sometime thereafter, the debt was consigned, placed or otherwise transferred to Defendant for collection from this Plaintiff.

14. Defendant sought to collect from Plaintiff an alleged debt arising from transactions incurred for personal, family or household purposes.

15. On or about March 18, 2016, Defendant sent Plaintiff a written request for payment of an alleged consumer debt, account number ending in 6171. A true copy of Defendant's letter is attached hereto as Exhibit "A".

16. On or about March 29, 2016, Plaintiff notified Defendant in writing, via United States Postal Service, First Class Mail, that Plaintiff disputed the alleged debt and requesting verification on same. A true copy of Plaintiff's letter is attached hereto as Exhibit "B".

17. On or about April 17, 2016, Defendant sent Plaintiff a written request for payment of an alleged consumer debt, account number ending in 6171. A true copy of Defendant's letter is attached hereto as Exhibit "C".

18. Pursuant to § 809(b) of the FDCPA, 15 USC § 1692g(b), if the consumer notifies the debt collector in writing within thirty (30) days after receipt of an initial communication from a debt collector that the debt is disputed, the debt collector must cease collection of the debt until the debt collector obtains verification and provides a copy of such verification to the consumer.

## COUNT I

### FAILURE TO CEASE COMMUNICATIONS IN VIOLATION OF 15 U.S.C. § 1692c(c)

19. Plaintiff incorporates Paragraphs 1 through 18.

20. Pursuant to § 803 of the FDCPA, 15 USC § 1692a, "communication" is defined as the conveying of information regarding a debt directly or indirectly, and the definition of a "debt collector" includes anyone who regularly attempts to collect debts, directly or indirectly.

21. On March 18, 2016 Defendant communicated with Plaintiff in the capacity as a debt collector when it mailed them a Dunning Notice, regarding account ending in 6171 (see Exhibit "A").

22. On March 29, 2016, Plaintiff asked for verification and sent a refusal to pay the debt (see Exhibit "B").

23. Defendant failed to cease communications to Plaintiff regarding the alleged debt in violation of the Fair Debt Collection Practices Act, 15 U.S.C. § 1692c(c). On April 17, 2016, Defendant continued to attempt collection in writing to the Plaintiff when they were not to do so (see Exhibit "C").

24. Section 813 of the FDCPA, 15 USC § 1692k, provides for an award in the amount of the sum of actual damages, up to $1,000.00 for each violation of the Act, and costs together with a reasonable attorney's fee.

WHEREFORE, Plaintiff requests that the Court enter judgment in favor of Plaintiff and against Defendant for:

    a. Damages;

    b. Attorney's fees, litigation expenses and costs of the instant suit; and

    c. Such other or further relief as the Court deems proper.

## JURY DEMAND

Plaintiff demands trial by jury.

Dated: May 12, 2016

Michael Tierney, P.A.
Michael Tierney, Esquire
Florida Bar No. 643475
918 Beard Avenue
Winter Park, Florida 32789-1806
Tel: (407) 740-0074
Attorney for Plaintiff

Exhibit "A"

CDGCSV90 170
PO Box 1022
Wixom MI 48393-1022
ADDRESS SERVICE REQUESTED

 **GC Services Limited Partnership**
6330 Gulfton, Houston, TX 77081

**Please call: 855-877-7995**
Calls may be monitored or recorded.

USE ENCLOSED ENVELOPE AND SEND PAYMENT TO:

March 18, 2016

86969926

Deliana C Rojas
10202 Solstice Loop
Sanford FL 32771-0073

PO BOX 32500
COLUMBUS OH 43232

| YOU OWE: **NAVIENT SOLUTIONS** | |
|---|---|
| ACCOUNT NUMBER: **346171** | BALANCE DUE: **$2,314.40** |

***PLEASE DETACH AND RETURN UPPER PORTION OF STATEMENT WITH PAYMENT***

March 18, 2016

Account Number: 346171

Dear DELIANA C ROJAS,

GC Services has been authorized to notify you of an opportunity to resolve your defaulted student loan(s) owned by NAVIENT SOLUTIONS. This offer is subject to approval by NAVIENT SOLUTIONS, but can result in substantial savings to you.

We encourage you to contact our office to discuss this settlement offer.

We have Borrower Assistance Representatives to assist you from: Mon-Thur 8AM to 9PM, Fri 8AM to 5PM, Sat 8AM to noon EDT.

Please call 855-877-7995.

In lieu of mail, you can pay by credit card through a third party payment service using the Internet at Iwant2.solvemydebt.com or phone at 1-866-294-0068. Use this control number to identify yourself when prompted: 0702300003461717.

Yours very truly,

H. Cogswell
Collection Manager

*As of the date of this letter, you owe $2,314.40. Because of interest, late charges, and other charges that may vary from day to day, the amount due on the day you pay may be greater. Hence, if you pay the amount shown above, an adjustment may be necessary after we receive your payment, in which event we will inform you.*

**This communication is from a debt collector. This is an attempt to collect a debt. Any information obtained will be used for that purpose.**

GC Services Limited Partnership – 6330 Gulfton, Houston, TX 77081
0763-01    SIF    0702300003461717    28437325

Exhibit "B"

CDGCSV90 170
PO Box 1022
Wixom MI 48393-1022
ADDRESS SERVICE REQUESTED


**GC Services Limited Partnership**
6330 Gulfton, Houston, TX 77081


**Please call: 855-877-7995**
Calls may be monitored or recorded.


USE ENCLOSED ENVELOPE AND SEND PAYMENT TO:

March 18, 2016

86969926

Deliana C Rojas
10202 Solstice Loop
Sanford FL 32771-0073

**PO BOX 32500
COLUMBUS OH 43232**

| YOU OWE: **NAVIENT SOLUTIONS** | |
|---|---|
| ACCOUNT NUMBER: **346171** | BALANCE DUE: **$2,314.40** |

***PLEASE DETACH AND RETURN UPPER PORTION OF STATEMENT WITH PAYMENT***

March 18, 2016

Account Number: 346171

Dear DELIANA C ROJAS,

GC Services has been authorized to notify you of an opportunity to resolve your defaulted student loan(s) owned by NAVIENT SOLUTIONS. This offer is subject to approval by NAVIENT SOLUTIONS, but can result in substantial savings to you.

We encourage you to contact our office to discuss this settlement offer.

We have Borrower Assistance Representatives to assist you from: Mon-Thur 8AM to 9PM, Fri 8AM to 5PM, Sat 8AM to noon EDT.

Please call 855-877-7995.

In lieu of mail, you can pay by credit card through a third party payment service using the Internet at iwant2.solvemydebt.com or phone at 1-866-294-0068. Use this control number to identify yourself when prompted: 0702300003461717.

Yours very truly,

H. Cogswell
Collection Manager

*As of the date of this letter, you owe $2,314.40. Because of interest, late charges, and other charges that may vary from day to day, the amount due on the day you pay may be greater. Hence, if you pay the amount shown above, an adjustment may be necessary after we receive your payment, in which event we will inform you.*

*[handwritten]: Because I am disputing this, I am not paying. Send me itemized proof. Let me know if you have reported this account to Experian, Equifax, or Transunion. [signature] 03/28/2016*

**This communication is from a debt collector. This is an attempt to collect a debt. Any information obtained will be used for that purpose.**

GC Services Limited Partnership – 6330 Gulfton, Houston, TX 77081
0763-01    SIF    0702300003461717    28437325

 3/29/16

Deliana Rojas
10202 Solstice Loop
Sanford, FL 32771

GC Services Limited Partnership
6330 Gulfton
Houston, TX 77081

Exhibit "C"

CDGCSV90· 170
PO Box 1022
Wixom MI 48393-1022
ADDRESS SERVICE REQUESTED



**GC Services Limited Partnership**
6330 Gulfton, Houston, TX 77081



**Please call: 855-877-7995**
Calls may be monitored or recorded.



USE ENCLOSED ENVELOPE AND SEND PAYMENT TO:

April 17, 2016

108371437

Deliana C Rojas
10202 Solstice Loop
Sanford FL 32771-0073

**PO BOX 32500**
**COLUMBUS OH 43232**

---

| YOU OWE: **NAVIENT SOLUTIONS** | |
|---|---|
| ACCOUNT NUMBER: **346171** | BALANCE DUE: **$2,327.76** |

***PLEASE DETACH AND RETURN UPPER PORTION OF STATEMENT WITH PAYMENT***

April 17, 2016

Account Number: 346171

Dear DELIANA C ROJAS,

We have made repeated attempts to contact you by telephone and we may have also sent you other letters urging you to repay your account with NAVIENT SOLUTIONS.

The student loan(s) you owe to NAVIENT SOLUTIONS made it possible for you to further your education. We urge you to repay your obligation and to remit the balance in full.

GC Services offers a variety of repayment programs designed to assist borrowers with resolving their student loan debt. The programs provide flexibility to allow for payment amounts that are reasonable and affordable. Our Borrower Assistance Representatives will discuss your current financial, employment, and personal circumstances and design a repayment program that best fits your needs.

The Reduced Interest Repayment Program allows you to make monthly payments on your loan. After you have made 3 qualifying payments your interest rate is adjusted to .001%! The interest rate is locked in at .001% as long as you remain in compliance.

We encourage you to take this opportunity to call us at 855-877-7995 to discuss your repayment options. We have Borrower Assistance Representatives to assist you from: Mon-Thur 8AM to 9PM, Fri 8AM to 5PM, Sat 8AM to noon EDT.

In lieu of mail, you can pay by credit card through a third party payment service using the Internet at iwant2.solvemydebt.com or phone at 1-866-294-0068. Use this control number to identify yourself when prompted: 0702300003461717.

Yours very truly,

H. Cogswell
Collection Manager

*As of the date of this letter, you owe $2,327.76. Because of interest, late charges, and other charges that may vary from day to day, the amount due on the day you pay may be greater. Hence, if you pay the amount shown above, an adjustment may be necessary after we receive your payment, in which event we will inform you.*

**This communication is from a debt collector. This is an attempt to collect a debt and any information obtained will be used for that purpose.**

GC Services Limited Partnership – 6330 Gulfton, Houston, TX 77081
0763-41     BL3     0702300003461717     28974511